✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:  2:08-CR-725-01 |
| HECTOR MERCED | ) USM No:  29089-050 |
| | ) AFPD DAVID HOLMAN |
| Date of Previous Judgment:  08/05/2010 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

        Upon motion of   X  the defendant   ❑  the Director of the Bureau of Prisons   ❑  the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
        X  DENIED.        GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in
                the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: _____ | Amended Offense Level: _____ | |
| Criminal History Category: _____ | Criminal History Category: _____ | |
| Previous Guideline Range: _____ to _____ months | Amended Guideline Range: _____ to _____ months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
        The reduced sentence is within the amended guideline range.
❑  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time
        of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the
        amended guideline range.
        Other (explain):

## III.  ADDITIONAL COMMENTS
Defendant is ineligible.  A variance placed Defendant at the bottom of the range under the Fair Sentencing Act.

Except as provided above, all provisions of the judgment dated  08/05/2010    shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    04/25/12

Effective Date: _____
                (if different from order date)

_____
Judge's signature

WILLIAM J. MARTINI, U.S.D.J.
Printed name and title